**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Gregory Long

Civil Case # 1:21-cv-00866-RLY-TAB

---

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Rebecca Long, surviving spouse of Gregory Long, and files this motion to substitute. Rebecca Long is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Gregory Long initially filed suit in the United States District Court for the Southern District of Indiana on April 8, 2021.

2. Plaintiff Gregory Long died on or about February 21, 2026.

3. On May 11, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27891. Plaintiff's counsel recently learned of the death of Gregory Long after contacting his spouse.

4. Rebecca Long, surviving spouse of Gregory Long, is the proper party plaintiff to substitute for Plaintiff-decedent Gregory Long and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.

1

A motion for substitution may be made by any party or by the decedent's successor or representative."

5.      Plaintiff thus moves to substitute Rebecca Long, as Heir and Representative of the Estate of Gregory Long, Deceased, as Plaintiff in the present action.

6.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Rebecca Long, as Heir and Representative of the Estate of Gregory Long, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Gregory Long is now deceased.

7.      A proposed Amended Short Form Complaint is attached hereto as Exhibit "A".

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Rebecca Long, as Heir and Representative of the Estate of Gregory Long, Deceased, as Party Plaintiff for Gregory Long; (2) the Court grant leave to file the attached Amended Short Form Complaint; Case 1:21-cv-00866-RLY-TAB; and, (3) the Court deem the attached Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: August 10, 2026.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219

2

Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon

3